# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1661

_____

Kenneth Brantley,

*Plaintiff - Appellant*,

v.

BNSF Railway Company,

*Defendant - Appellee*,

Nebraska Department of Labor,

*Movant*.

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: February 4, 2015
Filed: March 12, 2015
[Unpublished]

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

In this pro se employment-discrimination action, Kenneth Brantley appeals the district court's[1] dismissal with prejudice. Upon careful review of the parties' arguments on appeal and the circumstances of this case, we conclude that the district court did not abuse its discretion. *See* Fed. R. Civ. P. 37(b)(2), (d), 41(b); *Sentis Group, Inc. v. Shell Oil Co.*, 559 F.3d 888, 898-99 (8th Cir. 2009) (standard of review for dismissal under Rule 37); *Smith v. Gold Dust Casino*, 526 F.3d 402, 404-05 (8th Cir. 2008) (standard of review for dismissal under Rule 41(b)). Accordingly, we affirm. *See* 8th Cir. R. 47B.

------------------------------

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendations of the Honorable Cheryl R. Zwart, United States Magistrate Judge for the District of Nebraska.